UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION
CIVIL ACTION NO.:_____
*Electronically Filed*

THERESA TOLLE RIZZO AND
BEVERLY SINDERS, AS CO-EXECUTORS
OF THE ESTATE OF HAROLD L. TOLLE, DECEASED           PLAINTIFF

v.

GGNSC HOLDINGS, LLC A/K/A
GOLDEN HORIZONS A/K/A GOLDEN LIVING; AND
GGNSC VANCEBURG, LLC A/K/A
GOLDEN LIVING CENTER-VANCEBURG                       DEFENDANTS

## NOTICE OF REMOVAL

**\*\*\*\*\*\*\*\*\***

Defendants, GGNSC Holdings, LLC a/k/a Golden Horizons a/k/a Golden Living, and GGNSC Vanceburg, LLC a/k/a Golden Living Center-Vanceburg, for its Notice of Removal from the Lewis Circuit Court to the United States District Court for the Eastern District of Kentucky, at Ashland, and states:

1. That on or about April 16, 2010, Plaintiff, Theresa Tolle Rizzo and Beverly Sinders, as Co-Executors of the Estate of Harold L. Tolle, Deceased, filed a Complaint in the Lewis Circuit Court, Civil Action No. 10-CI-089. Defendants, GGNSC Holdings, LLC a/k/a Golden Horizons a/k/a Golden Living, and GGNSC Vanceburg, LLC a/k/a Golden Living Center-Vanceburg were served with the Summons and Complaint on April 19, 2010. Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. § 1446(a) (Attached as Exhibit A).

2. Plaintiff, Theresa Tolle Rizzo and Beverly Sinders, as Co-Executors of the Estate of Harold L. Tolle, Deceased, are and were at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 10-CI-089, citizens of the Commonwealth of Kentucky.

3. GGNSC Holdings, LLC a/k/a Golden Horizons a/k/a Golden Living at all times relevant hereto, including at the time of the filing this Notice of Removal and at the commencement of Civil Action No. 10-CI-089, is and was incorporated in the State of Delaware with its principal place of business in Fort Smith, Arkansas.

4. GGNSC Vanceburg, LLC a/k/a Golden Living Center-Vanceburg at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 10-CI-089, is and was incorporated in the State of Delaware with its principal place of business in Fort Smith, Arkansas.

5. This action is one over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. 1332(a)(1) and 28 U.S.C. § 1331, and is one that may be removed to this Court pursuant to 28 U.S.C. 1441(a).  This is an action between citizens of different states.

6. Based upon the allegations raised in the Complaint attached hereto, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

7. This Notice of Removal is filed within thirty (30) days after Defendants, GGNSC Holdings, LLC a/k/a Golden Horizons a/k/a Golden Living, and GGNSC Vanceburg, LLC a/k/a Golden Living Center-Vanceburg received a copy of Plaintiff's Complaint on April 19, 2010, as required by 28 U.S.C. 1446(b).

8. A copy of this Notice of Removal will simultaneously be filed with the Clerk for the Lewis Circuit Court, in the Commonwealth of Kentucky and served upon other counsel of record pursuant to 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendants, GGNSC Holdings, LLC a/k/a Golden Horizons a/k/a Golden Living, and GGNSC Vanceburg, LLC a/k/a Golden Living Center-Vanceburg give notice of the removal of this action from the Circuit Court of Lewis County, Kentucky, to the United States District Court for the Eastern District of Kentucky in the Ashland Division.

Respectfully submitted,

Reminger Co., L.P.A.

/s/ Donald L. Miller, II
Donald L. Miller, II, Esq.
Paul A. Dzenitis, Esq.
Justin N. Rost, Esq.
One Riverfront Plaza
401 West Main Street, Suite 710
Louisville, KY 40202
Telephone:   (502) 584-1310
Facsimile:   (502) 589-5436
Email: dmiller@reminger.com
          pdzenitis@reminger.com
          jrost@reminger.com
          cmasters@reminger.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May ___th, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Donald L. Miller, II.

I further certify that a copy of the foregoing was mailed via US Mail, postage pre-paid, to the following, non-ECF participant:

William R. Garmer, Esq.
Jerome P. Prather, Esq.
GARMER & PRATHER, PLLC
141 North Broadway
Lexington, Kentucky 40507
*Counsel for Plaintiff*

/s/ Donald L. Miller, II
Donald L. Miller, II, Esq.