| | | | |
|---|---|---|---|
| AOC-105            Doc. Code: CI<br>Rev. 1-07      04/7/2010 02:36 pm<br>Page 1 of 1       Ver. 1.02<br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | | **CIVIL SUMMONS** | Case No. _10 - CI - 087_<br>Court ☑ Circuit ☐ District<br>County Lewis |

**PLAINTIFF**

THERESA TOLLE RIZZO          AND          BEVERLY SINDERS

CO-EXECUTORS OF ESTATE OF HAROLD TOLLE,

DECEASED
141 N. BROADWAY, LEXINGTON, KY 40507

**VS**.

**DEFENDANT**

GGNSC HOLDINGS, LLC a/k/a GOLDEN HORIZONS a/k/a GOLDEN LIVING;
GGNSC VANCEBURG LLC a/k/a GOLDEN LIVING CENTER - VANCEBURG

**Service of Process Agent for Defendant:**
GGNSC VANCEBURG, LLC a/k/a GOLDEN LIVING CENTER - VANCEBURG

SERVE BY CERTIFIED MAIL:  CSC-LAWYERS INCORPORATING SERVICE COMPANY

421 WEST MAIN STREET

FRANKFORT, KY 40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: ___4 - 16___, 20_10_          _Kathey Hardey_____Clerk

By: _Susan Vice_____D.C.

| |
|---|
| **Proof of Service**<br>This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:<br><br>_____<br><br>this _____ day of _____, 2_____.<br><br>Served by: _____<br><br>_____Title |

| AOC-105            Doc. Code: CI | | Case No. | _10 - CI - 087_ |
| Rev. 1-07        04/7/2010 02:36 pm | | | |
| Page 1 of 1          Ver. 1.02 | **CIVIL SUMMONS** | Court | ☑ Circuit ☐ District |
| Commonwealth of Kentucky | | | |
| Court of Justice   www.courts.ky.gov | | County | Lewis |
| CR 4.02; CR Official Form 1 | | | |

**PLAINTIFF**

THERESA TOLLE RIZZO           AND           BEVERLY SINDERS

CO-EXECUTORS OF ESTATE OF HAROLD TOLLE,

DECEASED
141 N. BROADWAY, LEXINGTON, KY 40507

**VS.**

**DEFENDANT**

GGNSC HOLDINGS, LLC a/k/a GOLDEN HORIZONS a/k/a GOLDEN LIVING;
GGNSC VANCEBURG LLC a/k/a GOLDEN LIVING CENTER - VANCEBURG

**Service of Process Agent for Defendant:**
GGNSC VANCEBURG, LLC a/k/a GOLDEN LIVING CENTER - VANCEBURG
      SERVE BY CERTIFIED MAIL:  CSC-LAWYERS INCORPORATING SERVICE COMPANY
                                421 WEST MAIN STREET
                                FRANKFORT, KY 40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: ___4 - 16___ , 2010          _Kathey Hardy_ _____ Clerk

                    By: _Susan Oice_ _____ D.C.

---

**Proof of Service**
This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

                    Served by: _____

                              _____ Title

COMMONWEALTH OF KENTUKCY
LEWIS CIRCUIT COURT
CIVIL ACTION NO. 10 -C( -069

THERESA TOLLE RIZZO AND
BEVERLY SINDERS, AS CO-EXECUTORS
OF THE ESTATE OF HAROLD L. TOLLE, DECEASED                    PLAINTIFF

v.                              **COMPLAINT**



GGNSC HOLDINGS, LLC A/K/A
GOLDEN HORIZONS A/K/A GOLDEN LIVING;
GGNSC VANCEBURG LLC A/K/A
GOLDEN LIVING CENTER-VANCEBURG                              DEFENDANT

## GGNSC HOLDINGS, LLC A/K/A GOLDEN HORIZONS A/K/A GOLDEN LIVING

### *SERVE BY CERTIFIED MAIL, through:*

Office of the Kentucky Secretary of State
Agent for Service of Process
The Capitol Building
700 Capital Avenue, Suite 152
Frankfort, Kentucky 40601

### *WHO WILL FORWARD THE COMPLAINT TO:*

Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, Delaware 19808

## GGNSC VANCEBURG, LLC A/K/A GOLDEN LIVING CENTER – VANCEBURG

### *SERVE BY CERTIFIED MAIL:*

CSC-Lawyers Incorporating Service Company
421 West Main Street
Frankfort, Kentucky 40601

** ** ** ** ** ** ** ** ** ** **

COME the Plaintiffs, Theresa Tolle Rizzo and Beverly Sinders, as Co-Executors of the

Estate of Harold L. Tolle, deceased, by counsel, and for their cause of action herein, state as

1

LAW OFFICES OF
Garmer & Prather, PLLC
141 North Broadway
Lexington, KY 40507
(859) 254-9351
FAX
(859) 233-9769

follows:

1.      The Plaintiffs, Theresa Rizzo and Beverly Sinders, are the appointed, qualified and acting Co-Executors of the Estate of Harold L. Tolle, deceased.  The Plaintiffs' decedent died on April 21, 2009.  The Plaintiffs were appointed co-executors of the Estate of Harold L. Tolle by the Lewis County Probate Court on May 5, 2009, Case No. 09-P-031, and continue to serve in that capacity.  A copy of that Certificate of Qualification is attached hereto as Exhibit A.

2.      The Defendant, GGNSC Holdings, LLC, is a foreign limited liability company organized and existing under the laws of Delaware, and not organized and existing under the laws of any other state, with its principal place of business at 1000 Fianna Way, Fort Smith, Arkansas, 72919, and whose registered agent for service of process is Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware, 19808. GGNSC Holdings, LLC, is subject to personal jurisdiction in the Commonwealth of Kentucky and is subject to service of process pursuant to KRS 454.210, and may be served through the Kentucky Secretary of State.

3.      The Defendant, GGNSC Vanceburg LLC a/k/a Golden Living Center-Vanceburg (hereinafter Golden Living), is a Corporation organized and existing under the laws of the Commonwealth of Kentucky with its principal place of business at 58 Eastham Street, Vanceburg, Kentucky 41179.   Its registered agent for service of process is CSC-Lawyers Incorporating Service Company, 421 West Main Street, Frankfort, Kentucky 40601.

4.      At all times stated herein, the Defendants, GGNSC Holdings, LLC and Golden Living acted as agents of each other.

5.      On or about June 30, 2008 through April 4, 2010, Plaintiffs' decedent, Harold L. Tolle, was a patient under the care of the Defendants which acted through their agents, servants

2

and employees, for the purpose of providing to him medical examinations, treatments, diagnoses, residential services, long term nursing services and other care as required by his condition.

6.     In rendering those residential services, medical examinations, diagnoses, treatment, long term nursing services and other care for Plaintiffs' decedent, the Defendants, through their agents, servants and employees, failed to exercise the degree of care and skills as would be expected of an ordinarily prudent or reasonably competent nursing home or residential care facility, and of ordinarily prudent or reasonably competent health care professionals or health care providers under like or similar circumstances.

7.     While in the care of Golden Living, and as a direct result of the negligence and/or gross negligence of the Defendants, their agents, servants and employees, Harold L. Tolle was caused to develop malnutrition, dehydration, and urinary tract infections.  Due to prior medical complications from a stroke, Harold L. Tolle was dependant on the Defendants, their agents, servants and employees, for several of his activities of daily living.

8.     On or about April 4, 2009, the Plaintiffs' decedent, Harold L. Tolle, was a resident of Golden Living.  As a direct result of the negligence and/or wantonness of the Defendants, their agents, servants and employees, Harold L. Tolle was taken to the emergency room due to decreased oral intake, nausea, vomiting, decreased levels of consciousness, and dark urine.  As a direct result of the improper care by Golden Living, Harold L. Tolle, developed acute renal failure, urosepsis and extreme pain and discomfort.

9.     The failure of the Defendants, through their agents, servants and employees, all as described above, in rendering residential services, medical examinations, diagnoses, treatment, long term nursing services, and other care for Harold L. Tolle, were substantial factors in causing personal injury to Harold L. Tolle.

3

10.    The failure of the Defendants, through their agents, servants and employees, all as described above, in rendering residential services, medical examinations, diagnoses, treatment, long term nursing services and other care for Harold L. Tolle, were substantial factors in causing the death of Harold L. Tolle on April 21, 2009.

11.    At all times complained of herein, Plaintiffs' decedent was an adult, more than eighteen (18) years of age, and was unable to manage his own resources or carry on the activities of daily living or protect himself from negligence or abusive situations without assistance from others.

12.    At all times complained of herein, the Defendants, through their agents, servants and employees were the caretakers of the Plaintiffs' decedent, having the responsibility for the care of Plaintiffs' decedent by contract or by agreement.

13.    At all times complained of herein, the Defendants' commissions and omissions as set forth above, inflicted physical pain, mental anguish and injury upon Plaintiffs' decedent, thereby qualifying as abuse of the Plaintiffs' decedent.

14.    At all times complained of herein, the commissions and omissions of the Defendants as set forth above, acted to deprive Plaintiffs' decedent of services which were necessary to maintain his health and welfare and thereby constitute neglect of Plaintiffs' decedent.

15.    The commissions and omissions of the Defendants, as set forth above, were in violation of Kentucky Revised Statutes, Kentucky Administrative Regulations, and Federal Statutes and Omnibus Budget Reconciliation Act ("OBRA") Regulations which govern the operation of and provide criteria for management and operation of long-term care facilities, including the facility known as Golden Living Center.

4

16.     The commissions and omissions of the Defendant, GGNSC Holdings, LLC, as described above, were in violation of KRS 216.515 *et seq.*, deprived Plaintiffs' decedent of the rights guaranteed by the statute, and were substantial factors in causing the Plaintiffs' decedent to experience physical pain, mental anguish, abuse and neglect, and were substantial factors in causing the decedent's death.

17.     The commissions and omissions of the Defendant, Golden Living, as set forth above, were in violation of KRS 216.515 *et seq.*, deprived Plaintiffs' decedent of the rights guaranteed by the statute, and were substantial factors in causing Plaintiffs' decedent to experience physical pain and mental anguish and were substantial factors in causing the decedent's death.

18.     As a result of the Defendants' violation of the aforesaid statutes and regulations, the Plaintiffs' decedent incurred injuries and damages as set forth above, all in an amount in excess of the minimum jurisdictional requirement of this Court.

19.     The commissions and omissions of the Defendants, through their agents, servants and employees, as described above, entitle the Plaintiff to punitive damages pursuant to KRS 216.515(26).

20.     The commissions and omissions of the Defendants, through their agents, servants and employees, as described above, were reckless or were grossly negligent and the Plaintiffs are thereby entitled to an award of punitive damages.

21.     As a result of the injuries incurred by Harold L. Tolle as a result of the negligence of the Defendants as set forth above, Harold L. Tolle incurred medical expenses, reasonable and necessarily related to his condition, in an amount in excess of the minimum jurisdictional requirement of this Court.

LAW OFFICES OF
Garmer & Prather, PLLC
141 North Broadway
Lexington, KY 40507
(859) 254-9351
FAX
(859) 233-9769

5

22.     As a result of the injuries incurred by Harold L. Tolle as a result of the negligence of the Defendants as set forth above, Harold L. Tolle suffered severe physical pain and mental anguish, extreme emotional distress, and the loss of his ability to enjoy life, all in an amount in excess of the minimum jurisdictional requirement of this Court.

23.     As a result of the injuries incurred by Harold L. Tolle as a result of the negligence of the Defendants as set forth above, the Estate of Harold L. Tolle incurred funeral expenses, in an amount in excess of the minimum jurisdictional requirement of this Court.

24.     As a result of Harold L. Tolle's injuries and death, he and his estate have in the past and will in the future continue suffer loss of the power to earn money, in an amount in excess of the minimum jurisdictional requirement of this Court.

25.     As a result of the Defendants' violations of the aforesaid statute the Plaintiffs' decedent is entitled to an award of punitive damages, a reasonable attorneys' fee and the costs of this action.

WHEREFORE, the Plaintiffs, Theresa Tolle Rizzo and Beverly Sinders, as Co-Executors of the Estate of Harold L. Tolle, demand:

1.     Judgment against the Defendant, GGNSC Holdings, LLC, for the personal injury and wrongful death of Plaintiffs' decedent, in an amount which is fair and reasonable and in excess of the minimum jurisdictional requirement of this Court;

2.     Judgment against the Defendant, GGNSC Vanceburg LLC a/k/a Golden Living Center-Vanceburg, for the personal injury and wrongful death of Plaintiffs' decedent in an amount which is fair and reasonable and in  excess of the minimum jurisdictional requirement of this Court;

3.     Punitive damages;

LAW OFFICES OF
Garner & Prather, PLLC
141 North Broadway
Lexington, KY 40507
(859) 254-9351
FAX
(859) 233-9769

6

4.      Attorneys' fees;

5.      Pre-judgment interest;

6.      Post-judgment interest;

7.      Trial by Jury;

8.      Their costs herein expended; and

9.      Any and all other relief to which the Plaintiffs may be entitled.

Respectfully submitted,

ATTORNEY FOR PLAINTIFFS

William R. Garmer, Esq.
Jerome P. Prather, Esq.
GARMER & PRATHER, PLLC
141 North Broadway
Lexington, Kentucky 40507
Telephone: (859) 254-9351
Facsimile: (859) 233-9769
bgarmer@garmerprather.com
jprather@garmerprather.com

_____
JEROME P. PRATHER

7

COMMONWEALTH OF KENTUCKY
LEWIS CIRCUIT COURT
CIVIL ACTION NO. 10-C-090



FILED
KATHY HARDY, CLERK
APR 1 6 2010
LEWIS CIRCUIT DISTRICT COURTS

THERESA TOLLE RIZZO AND
BEVERLY SINDERS, AS CO-EXECUTORS
OF THE ESTATE OF HAROLD L. TOLLE, DECEASED                    PLAINTIFFS

v.          **PLAINTIFFS' FIRST SET OF INTERROGATORIES**
            **PROPOUNDED TO DEFENDANTS**

GGNSC HOLDINGS, LLC A/K/A
GOLDEN HORIZONS A/K/A GOLDEN LIVING;
GGNSC VANCEBURG LLC A/K/A
GOLDEN LIVING CENTER-VANCEBURG                                DEFENDANTS

** ** ** ** ** ** ** ** ** ** **

COME the Plaintiffs, Theresa Tolle Rizzo and Beverly Sinders, as Co-Executors of the

Estate of Harold L. Tolle, deceased, by counsel, and pursuant to CR 33, request that all

Defendants, answer the following Interrogatories within forty-five (45) days after service of

these requests, which are served contemporaneously with the summons and complaint.

Please note that whenever the word "you" appears in an interrogatory, the interrogatory is

addressed not only to the Defendants, GGNSC Holdings, LLC a/k/a Golden Horizons a/k/a

Golden Living; and GGNSC Vanceburg, LLC a/k/a Golden Living Center – Vanceburg,

(hereinafter referred to as Golden Living) their agents, servants and employees, but also to their

attorneys, and the agents, servants, and employees of its attorneys.

**INTERROGATORY NO. 1:** Please identify each of the persons answering any of these

Interrogatories, including full name, residence, business, and relationship to Defendants.

LAW OFFICES OF
Garmer & Prather, PLLC
141 North Broadway
Lexington, KY 40507
(859) 254-9351
FAX
(859) 233-9769

**INTERROGATORY NO. 2**:  Please identify each employee of the facility during the six months prior to Harold L. Tolle's death who was directly involved in Harold L. Tolle's care or supervised any person who was involved in Harold Tolle's care, by providing medical examinations, treatments, diagnoses, residential services, long term nursing services, daily care, medical care, and any other care as required by Harold L. Tolle's condition, and state whether each individual is currently an employee of the facility or of any other defendant.

**INTERROGATORY NO. 3**:  Please identify each outside consultant utilized by the facility during the six months prior to Harold L. Tolle's death, including but not limited to medical consultant, dietary consultant, medical records consultant, physical therapy consultant, nursing consultant, or pharmacy consultant, who was directly involved in Harold L. Tolle's care or supervised any person who was involved in Harold Tolle's care.

**INTERROGATORY NO. 4**:  Please identify each medical director, director of nursing, and administrator for the facility during the six months prior to Harold L. Tolle's death, and state the dates of service for and last known address and telephone number for each.

**INTERROGATORY NO. 5**:  Please identify each person believed or known by Defendants to have any knowledge concerning any of the issues of this lawsuit; and specify the subject matter about which the witness has knowledge.

**INTERROGATORY NO. 6**:  Please identify and list all persons from whom a witness statement, whether oral or written, has been taken by or on behalf of this the Defendants regarding the incident or injuries made on the basis of this lawsuit.

**INTERROGATORY NO. 7**:  Please identify, with sufficient particularity to formulate the basis of a request to produce, all records of any kind prepared and/or maintained by the

LAW OFFICES OF
Garmer & Prather, PLLC
141 North Broadway
Lexington, KY 40507
(859) 254-9351
FAX
(859) 233-9769

facility, which pertain in any way to Harold L. Tolle, and state the name, title, and business address of the custodian of each such record.

**INTERROGATORY NO. 8**: Please identify all members of the governing body for the facility during the six months prior to Harold L. Tolle's death.

**INTERROGATORY NO. 9**: Please state whether you claim that the Plaintiff, the Plaintiff's decedent, or any other person or entity was at fault, negligent, or comparatively negligent, in whole or in part, for the claims asserted against you in this lawsuit? If your answer is "yes," please describe in detail each act or omission on the part of plaintiff or any other person or entity that you contend constituted negligence or fault or caused in whole or in part the Harold L. Tolle's injuries.

**INTERROGATORY NO. 10**: Please state who or what was the owner or the facility from the date of Harold L. Tolle's admission until service of the complaint. Please list the date each person or entity was an owner.

**INTERROGATORY NO. 11**: Please identify each person whom you, or your attorney, expect to call as an expert witness at the trial of this action, and with respect to each person, state:

   a. His or her identity and qualifications (full name, home address, business address, educational background, etc.);

   b. The subject matter on which each expert is expected to testify;

   c. The substance of the facts and opinions to which the expert is expected to testify; and,

   d. A summary of the grounds for each opinion.

   e. A complete list of all documents, depositions, exhibits, plans, drawings, ordinances or statutes which each testifying expert has relied upon in developing his/her opinion.

LAW OFFICES OF
Garner & Prather, PLLC
141 North Broadway
Lexington, KY 40507
(859) 254-9351
FAX
(859) 233-9769

**INTERROGATORY NO. 12**:    Please state whether there exists any insurance agreement under which an insurance company may be liable to satisfy all or part of any judgment which may be entered against you in this action, and, if so, state the following:

    a.      The name of the insurance company;

    b.      The name of the insured;

    c.      The limits of liability;

    d.      Whether the insurance company has asserted against you or in the named insured any policy defenses, lack of coverage or reservations of rights;

    e.      Whether this insurance is primary or excess; and

    f.      Whether there exists any deductible clause or other arrangement whereby you are required to pay any portion of the limits of liability, and, if so, the amount.

**INTERROGATORY NO. 13:**   Please state whether there is any excess or umbrella policy or any other agreement under which a third party might be responsible to satisfy all or part of any judgment against you in this action, and, if so, state the following:

    a.    The name of the insurance company;

    b.    The name of the insured;

    c.    The limits of liability;

    d.    Whether the insurance company has asserted against you or in the named insured any policy defenses, lack of coverage or reservations of rights;

    e.    Whether there exists any deductible clause or other arrangement whereby you are to pay any portion of the limits of liability, and, if so, the amount.

**INTERROGATORY NO. 14**: Please state whether an investigation was ever performed at Golden Living, by any state, federal or other agency, pertaining to Harold L. Tolle?  If so, please identify every individual from Golden Living who participated in the investigation, and the person's last known phone number and address if no longer employed by you.

LAW OFFICES OF
Garmer & Prather, PLLC
141 North Broadway
Lexington, KY 40507
(859) 254-9351
FAX
(859) 233-9769

**INTERROGATORY NO. 15**:   Please identify all literature, policies, procedures, standards, protocol and documents of any other description, that you relied on regarding the care and maintenance of foley catheters used by Golden Living during the six months prior to Harold L. Tolle's death of Harold L. Tolle.

**INTERROGATORY NO. 16**:   Please identify all literature, policies, procedures, standards, protocol and documents of any other description, that you relied on regarding the care and maintenance of hydration and nutrition, used by Golden Living during the the six months prior to Harold L. Tolle's death of Harold L. Tolle.

**INTERROGATORY NO. 17**:   Please identify all literature, policies, procedures, standards, protocol and documents of any other description, that relate to or pertain in any way, to patient care documentation, used by Golden Living during the six months prior to Harold L. Tolle's death of Harold L. Tolle.

**INTERROGATORY NO. 18**:   Please describe the standard of care relating to the care and maintenance of foley catheters in a patient like Harold L. Tolle that Golden Living uses to advise, teach and instruct Golden Living nurses and other care givers. (This interrogatory does not request Defendant's expert information, but rather, seeks standard of care information provided by Golden Living to its employees.)

**INTERROGATORY NO. 19**:   Please identify the source of the information used to obtain the standard of care stated in response to Interrogatory No. 18.

**INTERROGATORY NO. 20**:   Please describe the standard of care relating to the care and maintenance of hydration and nutrition in a patient like Harold L. Tolle that Golden Living uses to advise, teach and instruct Golden Living nurses and other care givers. (This interrogatory does not request Defendant's expert information, but rather, seeks standard of care information

LAW OFFICES OF
Garmer & Prather, PLLC
141 North Broadway
Lexington, KY 40507
(859) 254-9351
FAX
(859) 233-9769

provided by Golden Living to its employees.)

**INTERROGATORY NO. 21**:  Please identify the source of the information used to obtain the standard of care stated in response to Interrogatory No. 20.

**INTERROGATORY NO. 22**:  Please state whether anyone from Golden Living ever investigated, internally, the treatment or lack thereof, relating to Harold L. Tolle and his the six months prior to Harold L. Tolle's death at Golden Living, either before or after this lawsuit was filed?  If an objection is made to this interrogatory based on privilege, provide a privilege log describing all documents to which you claim a privilege.

**INTERROGATORY NO. 23**:  Please explain your understanding of the events that led Harold L. Tolle to be taken to the emergency room on April 4, 2009.

**INTERROGATORY NO. 24**:  Please state whether your right, license, certificate or other authority to operate nursing homes was, or has been for any length of time, suspended or revoked by any state since June 2008, and state which authority issued such suspension.

**INTERROGATORY NO. 25**:  Please state whether you have been a party defendant in any action, including but not limited to an administrative action, involving injury to a resident at Golden Living during the five years immediately preceding the date of your answers to these interrogatories or, in the event a lawsuit was not filed, whether any claim has been made concerning injury to any resident at Golden Living.  If so, please state the style of the case, the court, the date the action or claim was filed, the name of the plaintiff's attorney and the outcome.

**INTERROGATORY NO. 26**:  Please list and describe in detail each item which you plan to offer as an exhibit at trial.

LAW OFFICES OF
Garner & Prather, PLLC
141 North Broadway
Lexington, KY 40507
(859) 254-9351
FAX
(859) 233-9769

Respectfully submitted,

ATTORNEY FOR PLAINTIFFS

William R. Garmer, Esq.
Jerome P. Prather, Esq.
Garmer & Prather, PLLC
141 North Broadway
Lexington, Kentucky 40507
Telephone:  (859) 254-9351
Facsimile:  (859) 233-9769
bgarmer@garmerprather.com
jprather@garmerprather.com

JEROME P. PRATHER

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing document has been served

with the Complaint.

JEROME P. PRATHER

LAW OFFICES OF
Garmer & Prather, PLLC
141 North Broadway
Lexington, KY 40507
(859) 254-9351
FAX
(859) 233-9769

COMMONWEALTH OF KENTUCKY
LEWIS CIRCUIT COURT
CIVIL ACTION NO. 10-C1-060

THERESA TOLLE RIZZO AND
BEVERLY SINDERS, AS CO-EXECUTORS
OF THE ESTATE OF HAROLD L. TOLLE, DECEASED          PLAINTIFFS

v.          **PLAINTIFFS' FIRST SET OF REQUESTS FOR**
**PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANTS**

GGNSC HOLDINGS, LLC A/K/A
GOLDEN HORIZONS A/K/A GOLDEN LIVING;
GGNSC VANCEBURG LLC A/K/A
GOLDEN LIVING CENTER-VANCEBURG          DEFENDANTS

** ** ** ** ** ** ** ** ** ** **

COME the Plaintiffs, Theresa Tolle Rizzo and Beverly Sinders, as Co-Executors of the

Estate of Harold L. Tolle, deceased, by counsel, and pursuant to CR 34, request that the

Defendants, produce the following documents for inspection and copying within forty-five (45)

days after service of these requests, which are served contemporaneously with the summons and

complaint.

Please note that whenever the word "you" appears in a request, the request is addressed

not only to the Defendants, GGNSC Holdings, LLC a/k/a Golden Horizons a/k/a Golden Living;

and GGNSC Vanceburg, LLC a/k/a Golden Living Center – Vanceburg, (hereinafter referred to

as Golden Living) their agents, servants and employees, but also to their attorneys, and the

agents, servants, and employees of its attorneys.

**REQUEST NO. 1:** Please produce a complete certified copy of all patient or resident

records and a copy of all admission documents, pertaining to Harold L. Tolle (hereinafter

LAW OFFICES OF
Garmer & Prather, PLLC
141 North Broadway
Lexington, KY 40507
(859) 254-9351
FAX
(859) 233-9769

referred to as the "resident"), including all medical records, physician notes and orders, nurse's progress notes, resident billing records, administrative files, consents, administrative documents, photographs, photographic images or videotapes, and other medical records and documents referencing Harold L. Tolle. Defendants are requested to bate stamp or otherwise consecutively number the records for the convenience of all parties.

**REQUEST NO. 2:** Please produce any and all documents including written records reflecting communications between family members of Harold L. Tolle and Golden Living, its affiliates, owners, managers, officers, employees, agents or attorneys concerning or in any way relating to Harold L. Tolle.

**REQUEST NO. 3:** Please produce a complete certified copy of all the facility records and documentation for Harold L. Tolle not produced in response to any other requests, including but not limited to any records kept separate from the chart, such as complaints, financial records, bills and visitor logs.

**REQUEST NO. 4:** Please produce a copy of any and all documents related to all internal investigations conducted by or on behalf of the facility relating to the residency of Harold L. Tolle, including but not limited to, statements from the staff, notes from management interviews, summaries and/or reports.

**REQUEST NO. 5:** Please provide the schedules, time cards and personnel files for each person identified in Interrogatory No. 2.

**REQUEST NO. 6:** Please produce all weekly work schedules, employee sign-in sheets, payroll records, timecards and/or timesheets showing the identity, number (quantity), and classification (e.g. LPN, R.N., Nurse Aide, etc.) of all nursing personnel (including nurses, nurses' aides, medication aides and orderlies) who worked on the unit or wing of the facility in

LAW OFFICES OF
Garner & Prather, PLLC
141 North Broadway
Lexington, KY 40507
(859) 254-9351
FAX
(859) 233-9769

which Harold L. Tolle was a resident, including the direct and indirect supervisors of any such persons, for the six months prior to Harold L. Tolle's death.

**REQUEST NO. 7:** Please produce licensing/certification documentation for all persons providing care to Harold L. Tolle during his residency.

**REQUEST NO. 8:** Please produce all documentation reflecting the performance of employees providing care to Harold L. Tolle during his residency, including but not limited to performance evaluations, disciplinary actions, and complaints by third parties.

**REQUEST NO. 9:** Please produce all documents relating to the resignation and/or termination of all facility employees whose employment was terminated during all calendar years of the residency, including but not limited to termination letters, resignation letters and exit interviews.

**REQUEST NO. 10:** Please produce any agreement(s) or contract(s) between Golden Living and any Medical Directors during the time of Harold L. Tolle's admission and residency.

**REQUEST NO. 11:** Please produce any agreement(s) or contract(s) between Golden Living and any Directors of Nursing during the time of Harold L. Tolle's admission and residency.

**REQUEST NO. 12:** Please produce all training materials given to the facility Administrators, Medical Directors, and Directors of Nursing by the corporate office.

**REQUEST NO. 13:** Please produce copies of all contracts entered into between the facility (to include all named defendants) and all other individuals or entities for the purpose of providing residential care services at the facility during all calendar years of the residency, including but not limited to:

(a) All contracts entered into between Medical Director(s) and the defendants;

LAW OFFICES OF
Garmer & Prather, PLLC
141 North Broadway
Lexington, KY 40507
(859) 254-9351
FAX
(859) 233-9769

(b) All contracts related to management services provided to the facility;

(c) All contracts entered into with personnel staffing agencies or entities; and

(d) All contracts with consultants or medical doctors who provided care or services through the facility.

**REQUEST NO. 14:** Please produce the personnel records of each Administrator, Medical Director, and Director of Nursing employed at the facility during all calendar years of the residency.

**REQUEST NO. 15:** Please produce a copy of all minutes, memoranda and all other documents related to all of the following meetings that took place during all calendar years of the residency:

(a) Residents' Council Meetings;

(b) Family Council Meetings;

(c) Care Staff Meetings;

(d) Staff Council and Staff Meetings;

(e) Quality Assessment Team Meetings;

(f) Stand-Up Meetings, Regular Staff Meetings, Shift and Start-Up Meetings

**REQUEST NO. 16:** Please produce a copy of all documents related to all in-service training sessions held at the facility during all calendar years of the residency.

**REQUEST NO. 17:** Please produce all provider agreements between defendants and the Commonwealth of Kentucky and between defendants and the Unites States government for the last five (5) years.

**REQUEST NO. 18:** Please produce a copy of all state licensure and history files for the last five (5) years.

LAW OFFICES OF
Garmer & Prather, PLLC
141 North Broadway
Lexington, KY 40507
(859) 254-9351
FAX
(859) 233-9769

**REQUEST NO. 19:** Please produce a true and correct copy of any and all inspections, audits, or reviews of Golden Living by any governmental agency, insurance company, or any other third party, for the last five (5) years.

**REQUEST NO. 20:** Please produce all citations, including but not limited to citations from the Cabinet for Health Services and the Cabinet for Families and Children, with all attachments, received by the facility for the last five (5) years.

**REQUEST NO. 21:** Please produce all documents, including but not limited to memoranda, correspondence, e-mails, and interviews, related to all citations received by the facility for the last five (5) years.

**REQUEST NO. 22:** Please produce a copy of all policies and procedures manuals in effect at the facility during all calendar years of the residency, including but not limited Nursing Care, Dietary, Administration, Director of Nursing, Management, Medical Director, Quality, Training, and Risk Management.

**REQUEST NO. 23:** Please produce a copy of all policies and procedures manuals in effect at the facility during all calendar years of the residency, including but not limited to the care and maintenance of foley catheters, used by Golden Living during the residency of Harold L. Tolle.

**REQUEST NO. 24:** Please produce a copy of all policies and procedures manuals in effect at the facility during all calendar years of the residency, including but not limited to the care and maintenance of hydration and nutrition, used by Golden Living during the residency of Harold L. Tolle.

**REQUEST NO. 25:** Please produce a copy of all policies and procedures manuals in effect at the facility during all calendar years of the residency, including but not limited to patient

LAW OFFICES OF
Ganner & Prather, PLLC
141 North Broadway
Lexington, KY 40507
(859) 254-9351
FAX
(859) 233-9769

care and management documentation and preparation of and maintenance of medical record used by Golden Living during the residency of Harold L. Tolle.

**REQUEST NO. 26:** Please produce a copy of the facility's Code of Integrity and/or Code of Business Ethics.

**REQUEST NO. 27:** Please produce a copy of all quality reward documents related to all calendar years of the residency.

**REQUEST NO. 28:** Please produce a copy of all resident accident and/or incident reports relating to incidents that took place at the facility for the last five (5) years.

**REQUEST NO. 29:** Please produce copies of any and all reports on sentinel events relating to incidents that took place at the facility for the last five (5) years.

**REQUEST NO. 30:** Please produce a copy of all written complaints made by or on behalf of residents of the facility during all calendar years of the residency.

**REQUEST NO. 31:** Please produce documents addressing or memorializing all complaints registered by employees who worked at the facility at any time during all calendar years of the residency.

**REQUEST NO. 32:** Please produce a copy of all records related to complaints made to the corporate office, including complaints made to any corporate hotline or complaint hotline during all calendar years of the residency.

**REQUEST NO. 33:** Please produce a copy of all records reflecting the facility's mortality rates, to include mortality rates related to any residents transported to the hospital, for the last five (5) years.

LAW OFFICES OF
Garmer & Prather, PLLC
141 North Broadway
Lexington, KY 40507
(859) 254-9351
FAX
(859) 233-9769

**REQUEST NO. 34:**  Please produce copies of all documents relating to corporate rating or grading of the facility, for all calendar years of the residency, including but not limited to monthly and yearly corporate grading forms for the facility.

**REQUEST NO. 35:**  Please produce all documentation and/or reports from any consultant or management personnel hired to evaluate the adequacy of care rendered to residents at the facility during all calendar years of the residency.

**REQUEST NO. 36:**  Please produce all documents, reports, correspondence, e-mails or other writings generated by or on behalf of corporate managers and/or consultants which were sent to the facility concerning the care and treatment of facility residents for the last five (5) years.

**REQUEST NO. 37:**  Please produce a corporate organizational chart for the facility and all defendants.

**REQUEST NO. 38:**  Please produce a copy of the articles of organization for the facility and all defendants.

**REQUEST NO. 39:**  Please produce a copy of any and all insurance agreements, whether primary, umbrella, excess or self insurance, which may be available to satisfy part or all of any judgment entered in this case.

**REQUEST NO. 40:**  Please produce a copy of any report of each expert which you plan to use at the trial of this case.

**REQUEST NO. 41:**  Please produce a copy of all documents, treatises, authoritative publications, etc. upon which any of the experts you plan on using at trial in this case have relied upon.

LAW OFFICES OF
Garmer & Prather, PLLC
141 North Broadway
Lexington, KY 40507
(859) 254-9351
FAX
(859) 233-9769

Respectfully submitted,

ATTORNEY FOR PLAINTIFFS

William R. Garmer, Esq.
Jerome P. Prather, Esq.
Garmer & Prather, PLLC
141 North Broadway
Lexington, Kentucky 40507
Telephone:  (859) 254-9351
Facsimile:   (859) 233-9769
bgarmer@garmerprather.com
jprather@garmerprather.com


JEROME P. PRATHER


## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing document has been served

with the Complaint.


JEROME P. PRATHER

LAW OFFICES OF
Garmer & Prather, PLLC
141 North Broadway
Lexington, KY 40507
(859) 254-9351
FAX
(859) 233-9769



Kathy Hardy, Clerk
Lewis Co. Circuit Court
P.O. Box 70
Vanceburg, Ky. 41179



7006 2150 0000 8086 3046

C.S.C. Lawyers Incorporating Services
421 West Main St.
Frankfort, Ky. 40601